UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL SCOTT CROSBY (#535781)

VERSUS

CHAD MENZENA, ET AL

CIVIL ACTION

NO. 11-373-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger on July 27, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint is dismissed as frivolous and for failure to allege a physical injury pursuant to 42 U.S.C. § 1997e(e) and without leave to amend.

Baton Rouge, Louisiana, August 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA